Order Form (01/2005)

04B11689
04C05

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 5533 | DATE | 3/31/2008 |
| CASE TITLE | Yehuda Draiman, et al. vs. Nachson Draiman | | |

### DOCKET ENTRY TEXT

For the reasons stated in the attached Memorandum Opinion and Order, this Court AFFIRMS the Bankruptcy Court's final judgment and orders dated 3/26/2004, 6/28/2004, and 7/13/2004, in the matter *Draiman et al. v. Draiman*, 04-B-11689. This case is CLOSED.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 0 4 2008
KENNETH S. GARDNER, CLERK
OP A

| | Courtroom Deputy Initials: | SM(lc) |
|---|---|---|